■    In the Matter of JAMES CAPUTO, Appellant, against ROBERT C. WEAVER, and/or JOSEPH J. CAPUTA, as State Rent Administrator, Respondent. — In a proceeding under article 78 of the Civil Practice Act, to review a determination of the respondent, State Rent Administrator, overruling a landlord's protest to an order of the Local Rent Administrator holding that the subject housing accommodation was not eligible for decontrol under subdivision 12 of section 9 of the State Rent and Eviction Regulations, on the ground that it was being utilized as a three-family dwelling, petitioner, the landlord, appeals from an order of the Supreme Court, Westchester County, entered April 3, 1959, denying his petition and dismissing the proceeding. Order affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■    In the Matter of LONNIE PATRICK, an Infant, Appellant. DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK, CHILDREN'S COURT DIVISION, KINGS COUNTY, Respondent.— Appeal by Lonnie Patrick, a child under the age of 16 years, from a judgment (designated in the notice of appeal as an order) of the Domestic Relations Court of the City of New York, Children's Court Division, Kings County, entered October 7, 1959, adjudging him to be a juvenile delinquent. Judgment affirmed. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.